PROB 12C
(6/16)

Report Date: October 31, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 01, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fabian Jim Eyle                    Case Number: 0980 1:17CR02037-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113 (a)(6) | |
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 25, 2019 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: October 24, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number      Nature of Noncompliance

1         **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.

**Supporting Evidence**: Mr. Eyle is considered to be in violation of his conditions of supervised release by failing to report to the United States Probation Office on October 30, 2019, within 72 hours of his release from imprisonment

Mr. Eyle  released from Bureau of Prisons' (BOP) custody on October 25, 2019, and has failed to report to the U.S. Probation Office within 72 hours of release. His current whereabouts are unknown at this time.

Prob12C
Re: Eyle, Fabian Jim
October 31, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2019

s/ Nicholas A. Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/01/2019

Date