PROB 12C
(6/16)

Report Date: June 18, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fabian Jim Eyle | Case Number: 0980 1:17CR02037-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113 (a)(6) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 25, 2019 | |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: October 24, 2022 | |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/31/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Eyle is considered to be in violation of his conditions of supervised release by being charged with Public Drunkenness, in violation of Revised Yakama Code (RYC) 10.01.125, on June 14, 2020.<br><br>According to the Wapato Police Department (WPD) narrative for incident report number 20W0965 and the Yakama Nation Police Department (YNPD) narrative for incident number 20-004152, the following occurred on June 14, 2020.  While on patrol in the city of Wapato, Washington, a WPD officer observed Mr. Eyle stomping and kicking a male victim on the head. The victim lay on the ground with his hands over his head to protect himself. After a brief struggle, Mr. Eyle was placed in hand restraints and secured in a WPD vehicle. During questioning, a WPD officer observed the offender slur his speech and a strong odor of intoxicants coming from the offender's breath.<br><br>When a YNPD officer arrived, he was informed of the situation and initiated a conversation with Mr. Eyle for further questioning. The officer observed the offender was highly intoxicated by his slurred speech, red blood shot eyes, strong order of intoxicants coming from the offender, and incoherent statements made.  It should be noted, the victim was subsequently identified as the victim of the instant federal offense. |

After a warrant check confirmed Mr. Eyle's federal warrant, a YNPD officer advised dispatch he was booking the offender into the Yakama Nation Correctional Facility for his warrant and new charges. Upon hearing this, Mr. Eyle began kicking the door of the YNPD vehicle, causing damage.

Mr. Eyle was booked and remains at the Yakama Nation Correctional Facility on charges of public drunkenness and injury to public property.

| | |
|---|---|
| 3 | **Mandatory Condition #1:** You must not commit another federal, state or local crime. |

**Supporting Evidence:** Mr. Eyle is considered to be in violation of his conditions of supervised release by being charged with Injury to Public Property, in violation of Revised Yakama Code (RYC) 77.01.15(G), on June 14, 2020.

According to the WPD narrative for incident report number 20W0965 and the YNPD narrative for incident number 20-004152, the following occurred: on June 14, 2020, while on patrol in the city of Wapato, Washington, a WPD officer observed Mr. Eyle stomping and kicking a male victim on the head. The victim lay on the ground with his hands over his head to protect himself. After a brief struggle, Mr. Eyle was placed in hand restraints and secured in a WPD vehicle. During questioning, a WPD officer observed the offender slur his speech and a strong odor of intoxicants coming from the offender's breath.

When a YNPD officer arrived, he was informed of the situation and initiated a conversation with Mr. Eyle for further questioning. The officer observed the offender was highly intoxicated by his slurred speech, red blood shot eyes, strong order of intoxicant coming from the offender, and incoherent statements made. It should be noted, the victim was subsequently identified as the victim of the instant federal offense.

After a warrant check confirmed Mr. Eyle's federal warrant, a YNPD officer advised dispatch he was booking the offender into the Yakama Nation Correctional Facility for his warrant and new charges. Upon hearing this, Mr. Eyle began kicking the door of the YNPD vehicle, causing damage.

Mr. Eyle was booked and remains at the Yakama Nation Correctional Facility on charges of public drunkenness and injury to public property.

| | |
|---|---|
| 4 | **Special Condition #1:** You must not communicate, or otherwise interact, with JE, either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1000 feet of the victim's residence or place of employment. |

**Supporting Evidence**: Mr. Eyle is considered to be in violation of his conditions of supervised release by having unauthorized contact with the victim of the instant offense on June 14, 2020.

According to the WPD narrative for incident number 20W0965, a WPD officer observed the offender kicking and stomping the head of the victim of the instant offense. Mr. Eyle was taken into custody, and remains at the Yakama Nation Correctional Facility on pending charges of public drunkenness, and injury to public property

Prob12C
Re: Eyle, Fabian Jim
June 18, 2020
Page 3

5  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Eyle is considered to be in violation of his conditions of supervised release by consuming alcohol on or about June 14, 2020.

According to the WPD narrative for incident report number 20W0965 and the YNPD narrative for incident report number 20-004152, on June 14, 2020, officers from both departments observed Mr. Eyle heavily intoxicated, as evidenced by his slurred speech, red blood shot eyes, the smell of intoxicants coming from his breath, and his incoherent speech. Mr. Eyle was taken into custody, and remains at the Yakama Nation Correctional Facility on pending charges of public drunkenness and injury to public property.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 18, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

June 19, 2020
Date