PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 6, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Fabian Jim Eyle | Case Number: 0980 1:17CR02037-SAB-1 |
| Address of Offender: ███ | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 10, 2022 | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 13, 2022 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: September 23, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Eyle is considered to be in violation of his supervised release conditions by failing to report in person to the probation office in Yakima, Washington, by April 18, 2022.<br><br>On April 13, 2022, Mr. Eyle was released from confinement and failed to report to the probation office within 72 hours.<br><br>On May 6, 2022, this officer attempted to contact Mr. Eyle's father but was unsuccessful. This officer also contacted Memorial Hospital and verified that Mr. Eyle was not a patient |

Prob12C
Re: Eyle, Fabian Jim
May 6, 2022
Page 2

there. On the same date, this officer confirmed Mr. Eyle is not in custody at Benton County Jail, Yakima County Jail, or Yakama Tribal Jail.

As of the date of this report, Mr. Eyle has failed to report to the probation office since being released from confinement on April 13, 2022, and his whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

5/6/2022

Date