PROB 12C
(6/16)

Report Date: July 25, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Jul 26, 2022

Eastern District of Washington

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Fabian Jim Eyle      Case Number: 0980 1:17CR02037-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 18, 2018

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months     Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 10, 2022) | Prison - 7 months<br>TSR - 29 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon     Date Supervision Commenced: April 13, 2022 |
| Defense Attorney: | Jennifer Barnes     Date Supervision Expires: September 23, 2024 |

**PETITIONING THE COURT**

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on May 6, 2022.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Eyle violated mandatory condition number 1 on June 8, 2022, by allegedly committing Third Degree Theft, in violation of the Revised Code of Washington (RCW) 9A.56.050; Wapato Police Department (WPD) case number 22W1261.<br><br>On June 8, 2022, a WPD officer was dispatched to the Bella Brew coffee shop in response to a theft from the tip jar. Employees on the scene informed the WPD officer that an individual matching Mr. Eyle's description was seen walking up to the drive-through and stealing from the tip jar. Mr. Eyle was then observed running away through the parking lot. The WPD officer confirmed the tip jar was empty. Bella Brew employees also informed the WPD officer that there was video recording of the drive-through window, which could be accessed when the owner arrived. The WPD officer was then informed by a witness that Mr. Eyle was near a laundromat. The WPD officer located Mr. Eyle, advised him he was investigating a theft, and asked Mr. Eyle if he had the contents of the tip jar. Mr. Eyle then |

Prob12C
Re: Eyle, Fabian Jim
July 25, 2022
Page 2

admitted to the WPD officer that, "it was only $2." The WPD officer took Mr. Eyle into custody and searched his person, recovering $3. The owner of Bella Brew arrived on the scene and showed the WPD officer video footage of Mr. Eyle stealing from the tip jar. Mr. Eyle was transported to Sunnyside Jail and booked for third degree theft.

On July 11, 2022, Mr. Eyle appeared in Wapato Municipal Court and plead guilty to the charge of third degree theft. Mr. Eyle was sentenced to 364 days imprisonment with 334 days suspended, with 0 days credit for time served, and a fine of $250. Mr. Eyle is currently in custody at Yakima County Jail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/26/2022
Date