PROB 12C
(6/16)

Report Date: October 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fabian Jim Eyle | Case Number: 0980 1:17CR02037-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 8, 2022 | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>September 23, 2022 | Prison - 4 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 5, 2022 |
| Defense Attorney: | Ulvar Wallace Klein | Date Supervision Expires: November 4, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On September 23, 2022, Your Honor explained to Mr. Eyle the Court's expectations upon release from custody that he would remain in contact with the probation office.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: Mr. Eyle is considered to be in violation of his supervised release conditions by failing to report in person to the probation office in Yakima, Washington, by October 11, 2022. |

Prob12C
Re: Eyle, Fabian Jim
October 12, 2022
Page 2

On October 5, 2022, Mr. Eyle was released from confinement and failed to report to the probation office within 72 hours.

On October 11, 2022, this officer attempted to contact Mr. Eyle's family member but was unsuccessful. This officer also contacted Memorial Hospital and verified that Mr. Eyle was not a patient there. On the same date, this officer confirmed Mr. Eyle is not in custody at Benton County Jail, Yakima County Jail or Yakama Tribal Jail.

As of the date of this report, Mr. Eyle has failed to report to the probation office since being released from confinement on October 5, 2022, and his whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 12, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

10/18/2022
Date