PROB 12C
(6/16)

Report Date: January 23, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fabian Jim Eyle | Case Number: 0980 1:17CR02037-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 8, 2022 | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>September 23, 2022 | Prison - 4 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 5, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 4, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 12, 2022.

On September 23, 2022, Your Honor explained to Mr. Eyle the Court's expectations upon release from custody and that he would not commit any new crimes.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Eyle is considered to be in violation of his supervised release conditions by committing a new crime: Yakama Nation Police Department (YNPD) case number 23-000003, no valid operator license, marijuana and controlled substances, on January 1, 2023. |

Prob12C
**Re: Eyle, Fabian Jim**
**January 23, 2023**
Page 2

According to YNPD narrative report number 23-000003, on January 1, 2023 at 2:24 a.m., a YNPD officer was dispatched to a Wapato Police Department (WPD) traffic offense and possible driving under the influence involving Mr. Eyle. The WPD officer informed the YNPD officer that Mr. Eyle's vehicle had been observed driving without headlights and swerving through the streets. The WPD officer reported that when a traffic stop was initiated, Mr. Eyle had slow and slurred speech when contacted. The YNPD officer observed Mr. Eyle's pupils to be dilated, and when the YNPD officer inquired if Mr. Eyle had consumed any illicit substances, Mr. Eyle refused to answer the question. The YNPD officer explained to Mr. Eyle that he was unlicensed and would be detained for driving without a valid operators license. Mr. Eyle was then transported to Yakama Nation Jail (YNJ).

Later that morning, the YNPD officer was called back to YNJ advising that while processing Mr. Eyle's property, jail staff found four pills in Mr. Eyle's bracelet: one green, one pink, and two purple pills. The YNPD officer observed all four pills had "30" imprinted on one side, and "M" on the opposite side. Based on the YNPD officer's training and experience, he believed the pills to be "Perc 30s" or 30 mg Percocet. The YNPD officer then issued Mr. Eyle an additional citation for marijuana and controlled substances.

On January 5, 2023, this officer contacted staff at YNJ and confirmed Mr. Eyle was in custody and was scheduled for court on February 22, 2023. YNJ staff also confirmed Mr. Eyle would be transferred to Yakima County Jail on his United States Marshals hold after he cleared their charges.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 23, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Eyle, Fabian Jim**
**January 23, 2023**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Signature of Judicial Officer*

1/24/2023
Date