PROB 12C
(6/16)

Report Date: June 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fabian Jim Eyle | Case Number: 0980 1:17CR02037-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 18, 2018

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 10, 2022) | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>(September 23, 2022) | Prison - Credit for time served<br>(4 months)<br>TSR - 25 months | |
| Revocation Sentence:<br>(May 31, 2023) | Prison - Credit for time served<br>(3 months)<br>TSR - 12 months | |
| Asst. U.S. Attorney: | Christopher John Bridger | Date Supervision Commenced: June 6, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 5, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On May 31, 2023, Your Honor explained to Mr. Eyle the Court's expectations upon release from custody, which included him entering inpatient treatment at American Behavioral Health Services (ABHS).

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C  
**Re: Eyle, Fabian Jim**  
**June 20, 2023**  
**Page 2**

**Supporting Evidence**: Mr. Eyle is alleged to have violated his supervised release conditions by not entering or aborting inpatient treatment since June 6, 2023, from American Behavioral Health Services in Spokane, Washington.

On June 6, 2023, Mr. Eyle was released from Yakima County Jail (YCJ). This officer did not receive any notification from ABHS staff that he was transported to the ABHS facility or was still in treatment there.

On June 9, 2023, this officer, along with assistance from the Federal Defender's Office, attempted to contact ABHS staff to verify if Mr. Eyle was at their facility and to establish a point of contact with his assigned substance abuse counselor. Due to a release of information (ROI) not being signed, ABHS staff could not confirm or deny Mr. Eyle was at their facility. The Federal Defender's Office sent ROI paperwork to ABHS to have Mr. Eyle sign.

From June 12 to 15, 2023, this officer contacted ABHS staff several times to see if they received the ROI paperwork or if Mr. Eyle signed an ROI. ABHS staff said they could not confirm or deny he was at their facility because an ROI was not signed.

On June 16, 2023, this officer sent an email to the ABHS listed email address (Info@abhsinc.net), in another attempt to receive a status update on Mr. Eyle. Unfortunately, this officer did not receive a response.

On June 17, 2023, this officer received Access to Law Enforcement Systems (ATLAS) notification that Mr. Eyle possibly had law enforcement contact with Toppenish Police Department (TPD).

On June 20, 2023, this officer received the incident report from TPD confirming they had contact with Mr. Eyle on June 17, 2023. The incident report stated that on June 17, 2023, TPD contacted Mr. Eyle at 8:17 p.m. at 12 South Fir Street, Toppenish, Washington. The owner of Huylar Construction contacted the subjects and wanted them trespassed. Mr. Eyle was trespassed from the property for 2 years.

As of the date of this report, Mr. Eyle's whereabouts remains unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 20, 2023

s/Kyle Mowatt

Kyle Mowatt  
U.S. Probation Officer

Prob12C
**Re: Eyle, Fabian Jim**
**June 20, 2023**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____6/21/2023_____
Date